**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Biltmore 24 Investors SPE, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **32-0407608** | |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5515 E. Deer Valley Dr.** <br> **Phoenix, AZ 85054** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> **4640 N 24th St. Phoenix, AZ 85016** <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 2:16-bk-13358-PS   Doc 1   Filed 11/22/16   Entered 11/22/16 12:12:12   Desc
Main Document    Page 1 of 44

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

██    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Biltmore 24 Investors SPE, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2016**
           MM / DD / YYYY

**X** /s/ Bruce Gray                          **Bruce Gray**
Signature of authorized representative of debtor       Printed name

Title    **Manager**

**18. Signature of attorney**

**X** /s/ Thomas J. Salerno            Date   **November 22, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Thomas J. Salerno**
Printed name

**Stinson Leonard Street LLP**
Firm name

**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
Number, Street, City, State & ZIP Code

Contact phone   **602-279-1600**      Email address   **anne.finch@stinson.com**

**007492**
Bar number and State

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **East of Epicenter, LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **7/05/16** | Case number, if known | **2:16-bk-07660-MCW** |
| Debtor | **Epicenter Partners, LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **5/16/16** | Case number, if known | **2:16-bk-05493-MCW** |
| Debtor | **GDG Partners, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **5/04/12** | Case number, if known | **2:12-bk-09825-BKM** |
| Debtor | **Gray Meyer Fannin, LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **5/16/16** | Case number, if known | **2:16-bk-05494-MCW** |
| Debtor | **Gray Phoenix Desert Ridge II, LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **7/05/16** | Case number, if known | **2:16-bk-07661-MCW** |
| Debtor | **Sonoran Desert Land Investors LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **7/05/16** | Case number, if known | **2:16-bk-07659-MCW** |

# RESOLUTION
## BILTMORE 24 INVESTORS SPE, LLC

**WHEREAS,** it appearing in the business judgment of the Member of Biltmore 24 Investors SPE L.L.C. (the "Corporation") that the Corporation should file for protection under 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"); it is hereby

**RESOLVED,** that the Corporation initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED,** that the Corporation is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

**RESOLVED,** that a majority of Members hereby authorize the Manager, Bruce W. Gray, to commit the Corporation to initiate a case under the Bankruptcy Code.

DATED: November 18, 2016

**MEMBERS:**

BILTMORE 24 INVESTORS, LLC,
an Arizona liability company

By: _____
Its: _____

**Fill in this information to identify the case:**

Debtor name    **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2016**     X **/s/ Bruce Gray**
                                       Signature of individual signing on behalf of debtor

                                       **Bruce Gray**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Biltmore 24 Investors SPE, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spray Systems Environmental 2202 W. Medtronic Way Ste. 108 Tempe, AZ 85281** | | **Trade debt** | | | | $315,663.32 |
| **CCBG Architects, Inc. 102 E. Buchanan St. Phoenix, AZ 85004** | | **Trade debt** | | | | $154,212.65 |
| **Beus Gilbert PLLC 701 N 44th St. Phoenix, AZ 85008** | | **Legal Fees** | | | | $126,923.71 |
| **Coreslab Structures 5026 S. 43rd Ave. PO Box 18150 Phoenix, AZ 85005** | | **Trade debt** | | | | $91,900.00 |
| **City of Phoenix City Svcs - Water Dept PO Box 29100 Phoenix, AZ 85038-9100** | | **Utility** | | | | $85,604.03 |
| **Waste Management of Arizona PO Box 43350 Phoenix, AZ 85080** | | **Daves Construction Acct.** | | | | $85,367.31 |
| **Peterson Associates 7201 N. Dreamy Draw Dr., Ste. 200 Phoenix, AZ 85020** | | **Trade debt** | | | | $70,950.00 |
| **Kutak Rock LLP PO Box 30057 Omaha, NE 68103-1157** | | **Legal fees** | | | | $68,315.81 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hilgart Wilson, LLC 2141 E. Highland Ave. Ste. 250 Phoenix, AZ 85016** | | **Legal fees** | | | | $63,573.78 |
| **Neil D. Biskind, PC 8501 N. Scottsdale Rd., Ste. 155 Scottsdale, AZ 85253** | | **Legal fees** | | | | $41,049.03 |
| **David Evans & Associates 4200 Concours Drive Ste. 150 Ontario, CA 91764** | | **Trade debt** | | | | $33,162.93 |
| **Arizona Dept of Revenue Special Operations Section 1600 W Monroe 7th Fl Phoenix, AZ 85007-2612** | | **State tax on construction/dem o costs** | | | | $26,510.34 |
| **Pyro Tech Design 3018 W. Gran Paradiso Dr. Phoenix, AZ 85086** | | **Trade debt** | | | | $17,990.00 |
| **PK Associates 7434 E. McDonald Dr. Scottsdale, AZ 85250** | | **Trade debt** | | | | $17,004.40 |
| **JRM Environmental Inc. 4240 N. Brown Ave., Ste. C Scottsdale, AZ 85251** | | **Trade debt** | | | | $9,860.00 |
| **Jensen Hughes, Inc. PO Box 62680 Baltimore, MD 21264-2680** | | **Trade debt** | | | | $9,158.75 |
| **City of Phoenix PO Box 29690 Phoenix, AZ 85038** | | **City tax on construction/dem o costs** | | | | $8,491.46 |
| **Sunstate Mechanical Services 7845 E. Redfield Rd., Ste. 100 Scottsdale, AZ 85260** | | **Trade debt** | | | | $8,402.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilson & Company PO Box 3305 Salina, KS 67402-3305** | | **Trade debt** | | | | **$6,903.96** |
| **Studio Sprawl LLC 7633 E. Acoma Dr., Ste. 206 Scottsdale, AZ 85260** | | **Trade debt** | | | | **$6,124.84** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 2:16-bk-13358-PS    Doc 1    Filed 11/22/16    Entered 11/22/16 12:12:12    Desc
Main Document      Page 10 of 44

Debtor name **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................    $        **47,100,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $         **5,126,113.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................    $        **52,226,113.00**

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $        **21,598,538.92**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $            **35,001.80**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$         **1,230,209.63**

4.    **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                       $        **22,863,750.35**

Debtor name   **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Wells Fargo** | **Checking** | 3516 | $1.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1.00 |
|---|---|

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 10,950.00 | - | 0.00 | =.... | $10,950.00 |

12.    **Total of Part 3.**                                    | **$10,950.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 55.1.  **8 acres of vacant land SW corner of 24th Street and Highland Avenue in Phoenix, Arizona.** | | $2,341,403.00 | Cost | $47,100,000.00 |

**56.**   **Total of Part 9.**

| | |
|---|---|
| | **$47,100,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|     **Construction in progress** | **$212,545.00** |
|     **Capitalized interest** | **$4,902,617.00** |

**78.**   **Total of Part 11.**

| | |
|---|---|
| | **$5,115,162.00** |

Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,950.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................................> | | $47,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,115,162.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,126,113.00 | + 91b. $47,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,226,113.00 |

**Fill in this information to identify the case:**

Debtor name    **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Daves Construction Services**<br>Creditor's Name<br><br>**1400 N. Gilbert Rd., Ste. C Gilbert, AZ 85234**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Maricopa County**<br>**2. Wanxiang International Investment Corp.**<br>**3. Daves Construction Services** | **Describe debtor's property that is subject to a lien**<br>**8 acres of vacant land SW corner of 24th Street and Highland Avenue in Phoenix, Arizona.**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $409,748.92 | $47,100,000.00 |
| **2.2**   **Maricopa County**<br>Creditor's Name<br><br><br><br><br>**301 W. Jefferson St. Phoenix, AZ 85003**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**8 acres of vacant land SW corner of 24th St. and Highland Ave. in Phoenix, AZ**<br>**2015:**<br>**163-21-003F9, $18,247.20**<br>**163-21-003G8, $158,172.45**<br>**2016:**<br>**163-21-003F9, $17,450.48**<br>**163-21-003G8, $151,267.04**<br><br>**Describe the lien**<br>**Property Taxes** | $345,137.00 | $47,100,000.00 |

Case 2:16-bk-13358-PS    Doc 1    Filed 11/22/16    Entered 11/22/16 12:12:12    Desc
        Main Document     Page 17 of 44

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| 2.3 | **Wanxiang International Investment Corp.** | Describe debtor's property that is subject to a lien | $20,843,653.00 | $47,100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8 acres of vacant land SW corner of 24th Street and Highland Avenue in Phoenix, Arizona.** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **04/24/15** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $21,598,538.92 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

Debtor name   **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Dept of Revenue**<br>**Special Operations Section**<br>**1600 W Monroe 7th Fl**<br>**Phoenix, AZ 85007-2612** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,510.34 | $26,510.34 |
| Date or dates debt was incurred | Basis for the claim:<br>**State tax on construction/demo costs** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Phoenix**<br>**PO Box 29690**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,491.46 | $8,491.46 |
| Date or dates debt was incurred | Basis for the claim:<br>**City tax on construction/demo costs** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $387.00 |

**Acquisition Process Serving**
7000 N. 16th St., #120-517
Phoenix, AZ 85020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179.41 |

**Allstate Rent A Fence Inc.**
5145 W. Madison St.
Phoenix, AZ 85043

Date(s) debt was incurred _

Last 4 digits of account number **0355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.73 |

**American Messaging**
1720 Lakepoint Dr., Ste. 100
Lewisville, TX 75057

Date(s) debt was incurred _

Last 4 digits of account number **3025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126,923.71 |

**Beus Gilbert PLLC**
701 N 44th St.
Phoenix, AZ 85008

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $414.00 |

**Burns Pest Elimination**
2620 W. Grovers Avenue
Phoenix, AZ 85053

Date(s) debt was incurred _

Last 4 digits of account number **0287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $154,212.65 |

**CCBG Architects, Inc.**
102 E. Buchanan St.
Phoenix, AZ 85004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $288.00 |

**City of Phoenix - False Alarm Assessment**
251 W. Washington St.
Phoenix, AZ 85003-2295

Date(s) debt was incurred _

Last 4 digits of account number **1583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:16-bk-13358-PS   Doc 1   Filed 11/22/16   Entered 11/22/16 12:12:12   Desc
Main Document     Page 20 of 44

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,604.03** |
|---|---|---|---|

**City of Phoenix City Svcs - Water Dept**
**PO Box 29100**
**Phoenix, AZ 85038-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,900.00** |
|---|---|---|---|

**Coreslab Structures**
**5026 S. 43rd Ave.**
**PO Box 18150**
**Phoenix, AZ 85005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.72** |
|---|---|---|---|

**Cox Communications**
**PO Box 1259**
**Dept. 102285**
**Oaks, PA 19456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** **1402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,162.93** |
|---|---|---|---|

**David Evans & Associates**
**4200 Concours Drive**
**Ste. 150**
**Ontario, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Engineered Fire Solutions, Inc.**
**1220 W. Geneva Dr.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,172.50** |
|---|---|---|---|

**Fennemore Craig PC**
**2394 E. Camelback Rd., Ste. 600**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,573.78** |
|---|---|---|---|

**Hilgart Wilson, LLC**
**2141 E. Highland Ave.**
**Ste. 250**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,158.75** |
| --- | --- | --- | --- |
| | **Jensen Hughes, Inc.**<br>PO Box 62680<br>Baltimore, MD 21264-2680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,860.00** |
| --- | --- | --- | --- |
| | **JRM Environmental Inc.**<br>4240 N. Brown Ave., Ste. C<br>Scottsdale, AZ 85251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
| --- | --- | --- | --- |
| | **Kates Technology, Inc.**<br>8080 E. Gelding Dr., Ste. D-107<br>Scottsdale, AZ 85260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
| --- | --- | --- | --- |
| | **Kutak Rock LLP**<br>PO Box 30057<br>Omaha, NE 68103-1157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Legal fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,315.81** |
| --- | --- | --- | --- |
| | **Kutak Rock LLP**<br>PO Box 30057<br>Omaha, NE 68103-1157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Legal fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,126.00** |
| --- | --- | --- | --- |
| | **Law Offices of Scott M. Clark**<br>3008 N. 44th St.<br>Phoenix, AZ 85018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Legal fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00** |
| --- | --- | --- | --- |
| | **Nearhood & Parker, LLC**<br>7537 E. McDonald Dr.<br>Scottsdale, AZ 85250-6062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Legal fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:16-bk-13358-PS    Doc 1    Filed 11/22/16    Entered 11/22/16 12:12:12    Desc
Main Document     Page 22 of 44

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,049.03 |
|---|---|---|---|

**Neil D. Biskind, PC**
**8501 N. Scottsdale Rd., Ste. 155**
**Scottsdale, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,950.00 |
|---|---|---|---|

**Peterson Associates**
**7201 N. Dreamy Draw Dr., Ste. 200**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,004.40 |
|---|---|---|---|

**PK Associates**
**7434 E. McDonald Dr.**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,990.00 |
|---|---|---|---|

**Pyro Tech Design**
**3018 W. Gran Paradiso Dr.**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.95 |
|---|---|---|---|

**RealPage, Inc.**
**PO Box 671041**
**Dallas, TX 75267-1041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __1761__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.50 |
|---|---|---|---|

**SAFIRST Corp.**
**PO Box 5351**
**Carefree, AZ 85377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315,663.32 |
|---|---|---|---|

**Spray Systems Environmental**
**2202 W. Medtronic Way**
**Ste. 108**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,124.84 |
|------|---|---|---|

**Studio Sprawl LLC**
7633 E. Acoma Dr., Ste. 206
Scottsdale, AZ 85260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,402.77 |
|------|---|---|---|

**Sunstate Mechanical Services**
7845 E. Redfield Rd., Ste. 100
Scottsdale, AZ 85260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,075.00 |
|------|---|---|---|

**Utility West Energy, LLC**
10211 N. 37th St.
Phoenix, AZ 85028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|------|---|---|---|

**Vann Engineering**
9013 N 24th Ave., Ste. 7
Phoenix, AZ 85021-2851

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.53 |
|------|---|---|---|

**Waste Management of Arizona**
PO Box 43350
Phoenix, AZ 85080

Date(s) debt was incurred _

Last 4 digits of account number __5716__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,367.31 |
|------|---|---|---|

**Waste Management of Arizona**
PO Box 43350
Phoenix, AZ 85080

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Daves Construction Acct.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,903.96 |
|------|---|---|---|

**Wilson & Company**
PO Box 3305
Salina, KS 67402-3305

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Biltmore 24 Investors SPE, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 35,001.80 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,230,209.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,265,211.43 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Sale Agreement - Biltmore Spectrum** | |
| State the term remaining | |
| List the contract number of any government contract | **Guefen Development Company**<br>**3800 SW Freeway, Suite 302**<br>**Houston, TX 77027** |

**Fill in this information to identify the case:**

Debtor name     **Biltmore 24 Investors SPE, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bruce Gray** | **5515 E. Deer Valley Dr. Phoenix, AZ 85054** | **Wanxiang International Investment Corp.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stinson Leonard Street LLP 1850 N Central Ave #2100 Phoenix, AZ 85004-4584** | | **11/21/16** | **$39,445.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4040 E. Camelback Rd. Suite 275 Phoenix, AZ 85018** | **10/1/10 - 5/31/15** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Case 2:16-bk-13358-PS    Doc 1    Filed 11/22/16    Entered 11/22/16 12:12:12    Desc
Main Document      Page 31 of 44

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Susan Pyatt** **5515 E. Deer Valley Dr.** **Phoenix, AZ 85054** | **November 2004 - present** |
| 26a.2.    **Jack Lepird** | **September 2013 through December 2014** |
| 26a.3.    **Mark Olson** **5515 E. Deer Valley Dr.** **Phoenix, AZ 85054** | **February 2015 through present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case 2:16-bk-13358-PS    Doc 1    Filed 11/22/16    Entered 11/22/16 12:12:12    Desc
Main Document    Page 32 of 44

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Biltmore 24 Investors LLC | 5515 E. Deer Valley Dr. Phoenix, AZ 85054 | Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce W. Gray | 5515 E. Deer Valley Dr. Phoenix, AZ 85054 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark J. Olson | 5515 E. Deer Valley Dr. Phoenix, AZ 85054 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Zimmer | 1209 Orange St. Wilmington, DE 19801 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2016**

**/s/ Bruce Gray**                                              **Bruce Gray**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re **Biltmore 24 Investors SPE, LLC**      Case No. _____

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 39,445.00 |
| Prior to the filing of this statement I have received | $ | 39,445.00 |
| Balance Due | $ | 0.00 |

2.    $ **1,717.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 22, 2016**
*Date*

/s/ Thomas J. Salerno
**Thomas J. Salerno**
*Signature of Attorney*
**Stinson Leonard Street LLP**
**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
**602-279-1600  Fax: 602-240-6925**
**anne.finch@stinson.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re    **Biltmore 24 Investors SPE, LLC**            Case No. _____

                                  Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Biltmore 24 Investors LLC**<br>**5515 E. Deer Valley Dr.**<br>**Phoenix, AZ 85054** | | **100%** | **Sole member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 22, 2016** _____       Signature   **/s/ Bruce Gray** _____
                                                         **Bruce Gray**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re **Biltmore 24 Investors SPE, LLC**

Debtor(s)

Case No.

Chapter **11**

# DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **November 22, 2016**

**/s/ Bruce Gray**

**Bruce Gray/Manager**
Signer/Title

Date: **November 22, 2016**

**/s/ Thomas J. Salerno**

Signature of Attorney
**Thomas J. Salerno**
**Stinson Leonard Street LLP**
**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
**602-279-1600   Fax: 602-240-6925**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Biltmore 24 Investors SPE, LLC -

ACQUISITION PROCESS SERVING
7000 N. 16TH ST., #120-517
PHOENIX AZ 85020


ALLSTATE RENT A FENCE INC.
Acct No Job #150355
5145 W. MADISON ST.
PHOENIX AZ 85043


AMERICAN MESSAGING
Acct No K1-073025
1720 LAKEPOINT DR., STE. 100
LEWISVILLE TX 75057


ARIZONA DEPT OF REVENUE
SPECIAL OPERATIONS SECTION
1600 W MONROE 7TH FL
PHOENIX AZ 85007-2612


BEUS GILBERT PLLC
701 N 44TH ST.
PHOENIX AZ 85008


BILTMORE 24 INVESTORS LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


BRUCE GRAY
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


BURNS PEST ELIMINATION
Acct No 0030287
2620 W. GROVERS AVENUE
PHOENIX AZ 85053


CCBG ARCHITECTS, INC.
102 E. BUCHANAN ST.
PHOENIX AZ 85004


CITY OF PHOENIX
PO BOX 29690
PHOENIX AZ 85038

Biltmore 24 Investors SPE, LLC -


CITY OF PHOENIX - FALSE ALARM ASSESSMENT
Acct No Customer No. 4821583
251 W. WASHINGTON ST.
PHOENIX AZ 85003-2295


CITY OF PHOENIX CITY SVCS - WATER DEPT
PO BOX 29100
PHOENIX AZ 85038-9100


CORESLAB STRUCTURES
5026 S. 43RD AVE.
PO BOX 18150
PHOENIX AZ 85005


COX COMMUNICATIONS
Acct No 197531402
PO BOX 1259
DEPT. 102285
OAKS PA 19456


DAVES CONSTRUCTION SERVICES
1400 N. GILBERT RD., STE. C
GILBERT AZ 85234


DAVID EVANS & ASSOCIATES
4200 CONCOURS DRIVE
STE. 150
ONTARIO CA 91764


ENGINEERED FIRE SOLUTIONS, INC.
1220 W. GENEVA DR.
TEMPE AZ 85282


FENNEMORE CRAIG PC
2394 E. CAMELBACK RD., STE. 600
PHOENIX AZ 85016


GRAY DEVELOPMENT LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


GRAY PHOENIX DESERT RIDGE I, LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054

Biltmore 24 Investors SPE, LLC -


GRAY RESIDENTIAL, LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


GRAY SERVICES, LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


GRAY/WESTERN DEVELOPMENT CO.
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054


GUEFEN DEVELOPMENT COMPANY
3800 SW FREEWAY, SUITE 302
HOUSTON TX 77027


HILGART WILSON, LLC
2141 E. HIGHLAND AVE.
STE. 250
PHOENIX AZ 85016


JENSEN HUGHES, INC.
PO BOX 62680
BALTIMORE MD 21264-2680


JRM ENVIRONMENTAL INC.
4240 N. BROWN AVE., STE. C
SCOTTSDALE AZ 85251


KATES TECHNOLOGY, INC.
8080 E. GELDING DR., STE. D-107
SCOTTSDALE AZ 85260


KUTAK ROCK LLP
PO BOX 30057
OMAHA NE 68103-1157


LAW OFFICES OF SCOTT M. CLARK
3008 N. 44TH ST.
PHOENIX AZ 85018


MARICOPA COUNTY
301 W. JEFFERSON ST.
PHOENIX AZ 85003

Biltmore 24 Investors SPE, LLC -

NEARHOOD & PARKER, LLC
7537 E. MCDONALD DR.
SCOTTSDALE AZ 85250-6062

NEIL D. BISKIND, PC
8501 N. SCOTTSDALE RD., STE. 155
SCOTTSDALE AZ 85253

PETERSON ASSOCIATES
7201 N. DREAMY DRAW DR., STE. 200
PHOENIX AZ 85020

PK ASSOCIATES
7434 E. MCDONALD DR.
SCOTTSDALE AZ 85250

PR4E, LLC
5515 E. DEER VALLEY DR.
PHOENIX AZ 85054

PYRO TECH DESIGN
3018 W. GRAN PARADISO DR.
PHOENIX AZ 85086

REALPAGE, INC.
Acct No A1010001761
PO BOX 671041
DALLAS TX 75267-1041

SAFIRST CORP.
PO BOX 5351
CAREFREE AZ 85377

SPRAY SYSTEMS ENVIRONMENTAL
2202 W. MEDTRONIC WAY
STE. 108
TEMPE AZ 85281

STUDIO SPRAWL LLC
7633 E. ACOMA DR., STE. 206
SCOTTSDALE AZ 85260

SUNSTATE MECHANICAL SERVICES
7845 E. REDFIELD RD., STE. 100
SCOTTSDALE AZ 85260

Biltmore 24 Investors SPE, LLC -


UTILITY WEST ENERGY, LLC
10211 N. 37TH ST.
PHOENIX AZ 85028


VANN ENGINEERING
9013 N 24TH AVE., STE. 7
PHOENIX AZ 85021-2851


WANXIANG INTERNATIONAL INVESTMENT CORP.


WASTE MANAGEMENT OF ARIZONA
Acct No 571-0030503-1571-6
PO BOX 43350
PHOENIX AZ 85080


WASTE MANAGEMENT OF ARIZONA
PO BOX 43350
PHOENIX AZ 85080


WILSON & COMPANY
PO BOX 3305
SALINA KS 67402-3305

# United States Bankruptcy Court
### District of Arizona

In re   __Biltmore 24 Investors SPE, LLC__

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Biltmore 24 Investors SPE, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Biltmore 24 Investors LLC**
**5515 E. Deer Valley Dr.**
**Phoenix, AZ 85054**

☐ None [*Check if applicable*]

__November 22, 2016__

Date

/s/ Thomas J. Salerno

**Thomas J. Salerno**

Signature of Attorney or Litigant

Counsel for   __Biltmore 24 Investors SPE, LLC__

**Stinson Leonard Street LLP**
**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
**602-279-1600 Fax:602-240-6925**
**anne.finch@stinson.com**